MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DANIEL CHAVEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-01079-EFB<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended by 36 days, from February 28, 2019 to April 5, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's intermittent absence from office due to illness and medical appointments in February 2019, as well as counsel's heavy workload in February and March 2019, including, but not limited to, two appellate briefs in the United States Court of Appeals for the Ninth Circuit.

| | |
|---|---|
| 1 | Defendant's counsel respectfully requests this additional time to expend the necessary |
| 2 | time to review the record and to evaluate the issues Plaintiff raised, and to submit Defendant's |
| 3 | response to Plaintiff's Motion for Summary Judgment for review by this Court. |

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: February 27, 2019        */s/ Beatrice Na for Jesse Kaplan\**
(\* As authorized via email on February 27, 2019)
JESSE KAPLAN

Attorney for Plaintiff

Dated: February 27, 2019        MCGREGOR W. SCOTT
United States Attorney

By:   */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

Dated:  February 28, 2019.

_____
THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

Joint Stip. & Prop. Order for Ext.; 2:18-cv-01079-EFB