**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DANIEL CHAVEZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **DANIEL CHAVEZ,** | No.   2:18-CV-01079-EFB |
| **Plaintiff,** | |
| | **MOTION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

**DANIEL CHAVEZ** moves the Court for an extension of plaintiff's time to file a reply brief to May 13, 2019.

This is a first request for extension, and the undersigned emailed opposing counsel seeking agreement on April 26, 2019. However, nothing has been heard, and the undersigned has discovered even further reason for delay. Plaintiff's counsel has and had four briefs due on April 26 (a Friday) and 29 (a Monday), but can only complete one, after filing a fifth, opening, brief Thursday April 25, 2019. To some extent this has been caused by counsel's vacation earlier in

[Pleading Title] - 1

April, which caused briefs to be put over. Counsel is filing the last but one of those briefs today, but this one first fell due April 26.

Dated: April 29, 2019 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

## ORDER

For good cause shown ~~on the basis of this stipulation~~, the requested extension of plaintiff's time to file a reply brief is extended to May 13, 2019.

SO ORDERED.

DATED: April 30, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE